UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY PATRICK SIMMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | ) Case No.: 1:24-cv-00123-EPG<br>)<br>) STIPULATION FOR VOLUNTARY<br>) REMAND PURSUANT TO SENTENCE<br>) FOUR OF 42 U.S.C. § 405(g)<br>)<br>) (ECF No. 14)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

　　　　On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

1  Defendant, reversing the final decision of the Commissioner. The Commissioner will conduct
2  any necessary further proceedings and issue a new decision.
3
4                                       Respectfully submitted,
5  Dated: May 29, 2024                  */s/ Jonathan Omar Pena\**
                                            (\*as authorized via e-mail on 5/28/24)
6                                        JONATHAN OMAR PENA
7                                        Attorney for Plaintiff
8
9  Dated: May 29, 2024                  PHILLIP A. TALBERT
                                       United States Attorney
10
11                             By:     */s/ Marcelo Illarmo*
12                                        MARCELO ILLARMO
                                       Special Assistant United States Attorney
13
14                                        Attorneys for Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 14), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant and to terminate Plaintiff's motion for summary judgment (ECF No. 12) as no longer pending.

IT IS SO ORDERED.

Dated:   **May 30, 2024**                     /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE